No. 433. NEW YORK CENTRAL RAILROAD COMPANY *v.* MIDDLEPORT GAS & ELECTRIC LIGHT COMPANY. October 9, 1922. Petition for a writ of certiorari to the Supreme

Court of the State of New York denied because of failure to file the petition within the time prescribed by the statute. *Mr. Maurice C. Spratt* for petitioner. *Mr. Edward H. Letchworth* for respondent. [See *post,* 739.]